UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRICORE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA AND R.P. IANNUCCILLO & SONS CONSTRUCTION COMPANY,<br><br>    Defendants. | CIVIL ACTION NO. 1:04-CV-12393-MLW |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed. R. Civ. P., and Local Rule 7.3, Defendant Safeco Insurance Company of America hereby files this statement identifying its parent companies and any publicly held corporation that owns 10% or more of its stock:

Safeco Insurance Company of America is a subsidiary of Safeco Corporation, which is publicly traded on the New York Stock Exchange (NYSE: SAFC).

    Respectfully submitted,
    **SAFECO INSURANCE COMPANY OF AMERICA**
    By its attorney,

    /s/ Bradford R. Carver
    _____
    Bradford R. Carver, BBO #565396
    Jonathan C. Burwood, BBO# 643674
    Cetrulo & Capone LLP
    Two Seaport Lane, 10th Floor
    Boston, MA 02110
    (617) 217-5500

Date: January 12, 2005

02630-0019
356595v1