UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRICORE, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA AND R.P. IANNUCCILLO & SONS CONSTRUCTION COMPANY,<br><br>      Defendants. | CIVIL ACTION NO. 1:04-CV-12393-MLW |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

This will certify that undersigned counsel has conferred with Mr. Kirk Austin of Safeco Insurance Company of America: (a) with a view to establishing a budget of the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Jonathan C. Burwood          /s/ Kirk Austin
_____          _____
Bradford R. Carver, BBO #565396      Kirk Austin
Jonathan C. Burwood, BBO #643674    Safeco Insurance Company of America
CETRULO & CAPONE LLP          2800 W. Higgins Road, Suite 1100
Two Seaport Lane, 10th Floor        Hoffman Estates, IL 60195
Boston, MA 02210

Date: May 2, 2005