

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12393MLW

TRICORE, INC.       :
                    :
VS.                 :
                    :
SAFECO INSURANCE COMPANY OF   :
AMERICA AND R. P. IANNUCCILLO &   :
SONS CONSTRUCTION CO.       :       APRIL 29, 2005

### NOTICE OF APPEARANCE

*TO THE CLERK OF THE ABOVE-NAMED COURT:*

The undersigned hereby gives notice of his Appearance as counsel for the defendant, **Safeco Insurance Company of America,** only as to the Counterclaim filed by the defendant, R.P. Iannuccillo & Sons Construction Co., in the above-captioned matter.

RESPECTFULLY SUBMITTED,

By: _____
Dennis C. Cavanaugh, Esq. of
BROWN, RAYSMAN, MILLSTEIN,
  FELDER & STEINER
BBO # 639556
CITYPLACE II, 10TH FLOOR
185 Asylum Street
Hartford, CT  06103
(860) 275-6400

## CERTIFICATION

This is to certify that on this 29th day of April 2005, I hereby mailed a copy of the foregoing to:

**Edward D. Kutchin, Esq.**
BBO No. 281920
**Kerry R. Northup Esq.**
BBO No. 633016
Kutchin & Rufo, P.C.
155 Federal Street, 17th Floor
Boston, MA 02110-1727
(617) 542-3000

**David M. Campbell, Esq.**
BBO No. 645512
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800

**Bradford R. Carver, Esq.**
BBO No. 565396
**Jonathan C. Burwood**
BBO No. 643674
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110
(617) 217-5500

Dennis C. Cavanaugh, Esq.

CITYPLACE II  •  185 ASYLUM STREET  •  HARTFORD, CONNECTICUT 06103  •  (860) 275-6400  •  FAX (860) 275-6410  •  JURIS NO. 409126
BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP

- 2 -

HARTFORD 119544v1