UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12393MLW

TRICORE, INC.

VS.

SAFECO INSURANCE COMPANY OF
AMERICA AND R. P. IANNUCCILLO &
SONS CONSTRUCTION CO.

APRIL 29, 2005

## MOTION FOR ENLARGEMENT OF TIME TO PLEAD (WITH CONSENT)

Pursuant to Fed. R. Civ. P. 6(b), the Defendant and Counterclaim Defendant, Safeco Insurance Company of America, respectfully moves the Court for an extension until **May 19, 2005** within which to file a pleading in response to Counterclaim Plaintiff's, R.P. Iannuccillo & Sons Construction Co., ("RP Iannuccillo") Counterclaim dated January 10, 2005.

An extension of time to respond to the Counterclaim is necessary because the unique circumstances surrounding the present action, mainly the fact that Safeco issued two sets of construction surety bonds identifying the Plaintiff, Tricore, Inc., and Defendant, RP Iannuccillo, as Bond Principals. As a result of RP Iannuccillo's Counterclaim, Safeco was required to retain separate counsel, the undersigned, to defend in its interests with respect to the Counterclaim. The undersigned was not retained until April 28, 2005.

Counsel for RP Iannuccillo consents to the granting of this Motion for Enlargement of Time to Plead.

- 1 -

**WHEREFORE,** Defendant and Counterclaim Defendant, Safeco Insurance Company of American, respectfully moves the Court for an extension of time until May 19, 2005 to respond to the Counterclaim.

        DEFENDANT / COUNTERCLAIM DEFENDANT
        SAFECO INSURANCE COMPANY OF AMERICA

By: _____
Dennis C. Cavanaugh, Esq. of
BROWN, RAYSMAN, MILLSTEIN,
  FELDER & STEINER
BBO # 639556
CITYPLACE II, 10TH FLOOR
185 Asylum Street
Hartford, CT  06103
(860) 275-6400

- 2 -

## CERTIFICATION

This is to certify that on April 29, 2005, a true and accurate copy of the foregoing was mailed to the following counsel of record:

**Edward D. Kutchin, Esq.**
**Kerry R. Northup Esq.**
Kutchin & Rufo, P.C.
155 Federal Street, 17th Floor
Boston, MA 02110-1727
(617) 542-3000

**David M. Campbell, Esq.**
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800

**Bradford R. Carver, Esq.**
**Jonathan C. Burwood**
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110
(617) 217-5500

Dennis C. Cavanaugh, Esq.

HARTFORD 119548v1