UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12393MLW

TRICORE, INC.

VS.

SAFECO INSURANCE COMPANY OF
AMERICA and R.P. IANNUCCILLO
& SONS CONSTRUCTION CO.

## CERTIFICATION OF DEFENDANT
## R.P. IANNUCCILLO & SONS CONSTRUCTION CO.

We, the undersigned, David M. Campbell, Esquire, counsel for defendant, R.P. Iannuccillo & Sons Construction Co. ("Iannuccillo"), and the undersigned authorized representative of Iannuccillo, hereby affirm that we have conferred with a view to establishing a budget for the cost of conducting the full course – and various alternative courses including mediation – for the litigation and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Bruce Iannuccillo
President
R.P. Iannuccillo & Sons Construction Co.
70 Calverly Street
Providence, RI 02908

_____
David M. Campbell, Esquire
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, Rhode Island