UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TRICORE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-12393-JGD |
| SAFECO INSURANCE COMPANY | ) | |
| OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

After a conference held today in accordance with Fed. R. Civ. P. 16(b), the court ORDERS the following, as agreed to by all parties:

1. Initial disclosures shall be served by all parties by **May 20, 2005**.

2. All fact discovery shall be completed by all parties by **December 15, 2005**.

3. The parties shall be referred to alternative dispute resolution ("ADR").

4. The next status conference is scheduled for **December 8, 2005 at 2:30 p.m.** At that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial; and
    (c) the progress of ADR programs.

5. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph (4) above. The parties shall just indicate if an agreement has been reached through ADR. The respective positions of each party do not have to be identified.

                                                    / s / Judith Gail Dein
                                                  Judith Gail Dein
DATED: May 3, 2005                 United States Magistrate Judge