UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TRICORE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-12393-JGD |
| | ) | |
| SAFECO INSURANCE COMPANY, | ) | |
| OF AMERICA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to Chief Magistrate Judge Charles B. Swartwood for the following ADR program **to be held as soon after May 20, 2005 as possible**:

_____ SCREENING CONFERENCE          _____ EARLY NEUTRAL EVALUATION

\_\_X\_\_ MEDIATION                                     _____ MINI-TRIAL

_____ SUMMARY BENCH/JURY TRIAL      _____ SETTLEMENT CONFERENCE

_____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

May 3, 2005                                                                              /s/ Judith Gail Dein

DATE                                                                                     JUDITH GAIL DEIN
                                                                                              UNITED STATES MAGISTRATE JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_ | Antitrust | \_\_\_\_ |
| Civil Rights | \_\_\_\_ | Contract | X |
| Copyright/Trademark/Patent | \_\_\_\_ | Environmental | \_\_\_\_ |
| ERISA | \_\_\_\_ | FELA | \_\_\_\_ |
| Labor Relations | \_\_\_\_ | Medical Malpractice | \_\_\_\_ |
| Personal Injury | \_\_\_\_ | Product Liability | \_\_\_\_ |
| Shareholder Dispute | \_\_\_\_ | | |
| Other | \_\_\_\_ | | |