UNITED STATES DISTRICT COURT
DISTRICT OF MASSACUSETTS

| | |
|---|---|
| TRICORE, INC. | : CIVIL ACTION NO. |
| | : 04-12393 (MLW) |
| VS. | : |
| SAFECO INSURANCE COMPANY OF AMERICA and R.P. IANNUCCILLO & SONS CONSTRUCTION CO. | : |
| | : MAY 25, 2005 |

## MOTION FOR MORE DEFINITE STATEMENT

Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, the Cross Claim Defendant, Safeco Insurance Company of America, hereby moves for a more definite statement of the Cross Claim filed by the Defendant, R.P. Iannuccillo & Sons Construction Co., on the grounds that the allegations contained therein are vague, ambiguous, and/or fail to separately set forth each factual allegation and legal claim by the Cross Claim Plaintiff. In support of this motion, the Cross Claim Defendant submits the attached Memorandum of Law.

CROSS CLAIM DEFENDANT,
SAFECO INSURANCE COMPANY
OF AMERICA

By _____
Dennis C. Cavanaugh
Brown Raysman Millstein Felder &
Steiner LLP
Its Attorneys

## CERTIFICATION

This is to certify that on May 25, 2005, a copy of the foregoing was mailed, postage pre-paid or delivered electronically or by facsimile to the following:

Bradford Carver, Esq.  
Jonathan C. Burwood, Esq.  
Cetrulo & Capone LLP  
Two Seaport Lane, 10th Floor  
Boston, MA 02110  

Edward D. Kutchin, Esq.  
Kutchin & Rufo  
155 Federal Street  
Boston, MA 02110  

David M. Campbell, Esq.  
Bisconti & Boren, Ltd.  
55 Dorrance Street  
Providence, RI 02903  

Dennis C. Cavanaugh

HARTFORD 121113v1