UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRICORE, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA AND R.P. IANNUCCILLO & SONS CONSTRUCTION COMPANY,<br><br>      Defendants. | CIVIL ACTION NO. 1:04-CV-12393-MLW |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL SAFECO INSURANCE COMPANY OF AMERICA**

    This is to notify the Court and all parties to the above-captioned matter that, effective July 1, 2005, the new firm name, address, telephone number and facsimile number for counsel for Safeco Insurance Company of America is as follows:

**Hinshaw & Culbertson LLP**
**One International Place, 3rd Floor**
**Boston, MA 02110**
**Telephone: (617) 213-7000**
**Fax: (617) 213-7001**

34012344v1 NEWFILE

-2-

                                                                   Respectfully submitted,
SAFECO INSURANCE COMPANY OF AMERICA
By its attorneys,

/s/ Jonathan C. Burwood
_____

Bradford R. Carver, BBO #565396
Jonathan C. Burwood, BBO#643674
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000

Date: July 18, 2005

34012344v1 NEWFILE