UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRICORE, INC.
    Plaintiff(s)

V.

SAFECO INSURANCE COMPANY OF AMERICA, ET AL
    Defendant(s)

CIVIL ACTION

NO. 04-12393-JGD

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE  DEIN

SWARTWOOD, C.M.J.

On ___July 19, 2005___ I held the following ADR proceeding:

 ____ EARLY NEUTRAL EVALUATION    _X_ MEDIATION
 ____ MINI-TRIAL          ____ SUMMARY JURY TRIAL
 ____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]
The parties were present in person or by authorized corporate officer [except _____].
The case was:

[X] The major claim in this case has been settled, but there remains a counterclaim that R.P. Iannuccillo & Sons has asserted against Safeco Insurance Company of America which has yet to be resolved. I suggest that Magistrate Judge Dein schedule a status conference to determine what needs to be done to dispose of the counterclaim.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:
_____
_____

_____           /s/Charles B. Swartwood, III     DATE
                  CHARLES B. SWARTWOOD, III
                    CHIEF MAGISTRATE JUDGE

(adrrpt. - 01/96)                             [adrrpt.]