UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRICORE, INC.,
        Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, and R.P. IANNUCCILLO & SONS CONSTRUCTION CO.,
        Defendants.

CIVIL ACTION NO. 04-12393-JGD

ASSENTED-TO MOTION TO RESCHEDULE STATUS CONFERENCE

Plaintiff, Tricore, Inc. ("Tricore") respectfully requests that the Court reschedule the status conference currently scheduled for August 26, 2005 at 2:30 a.m. As grounds therefor, Tricore states as follows:

1. Edward Kutchin, counsel to Tricore, is scheduled to be on a family vacation on the currently scheduled status conference date. Attorney Kutchin's family vacation was scheduled approximately six months ago.

2. Attorney Kutchin was the only member of his firm to participate in the all-day mediation session before Judge Swartwood. As a result, on behalf of Tricore, only Attorney Kutchin is familiar with the terms of the partial settlement of this action.

3. Following consultation with all parties to the action, the following dates and times are mutually acceptable:

    a.    September 14, 2005

    b.    September 15, 2005 (afternoon only)

      c.    September 16, 2005

4.    All other parties in this action have assented to this motion.

WHEREFORE, for the foregoing reasons, Tricore respectfully requests that the Court reschedule the status conference to one of the above-referenced dates.

                          The Plaintiff,
                          Tricore, Inc.,
                          By its attorneys,

Dated: August 12, 2005          /s/ Kerry R. Northup
                          Edward D. Kutchin, Esq.
                          BBO No. 281920
                          Kerry R. Northup, Esq.
                          BBO No. 633016
                          Kutchin & Rufo, P.C.
                          155 Federal Street
                          Boston, MA 02110-1727
                          (617) 542-3000

## CERTIFICATE OF SERVICE

I hereby certify that I have served the within document, by mailing a copy thereof, postage prepaid, to:

Dennis R. Cavanaugh, Esq.         Bradford R. Carver, Esq.
Brown, Raysman, Millsterin, Felder    Jonathan Burwood, Esq.
   & Steiner                         Hinshaw & Culbertsoon LLP
Cityplace II, 10th Floor              One International Place, 3rd Floor
185 Asylum Street                  Boston, MA 02110
Hartford, CT 06103

David M. Campbell, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

                          /s/ Kerry R. Northup
Dated: August 12, 2005          Kerry R. Northup

F:\Files\4229\Pleadings\Motion to Reschedule Status Conf.doc