UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRICORE, INC.,                )<br>                              )<br>    Plaintiff,             )<br>                              )<br>    v.                        )<br>                              )<br>SAFECO INSURANCE COMPANY      )<br>OF AMERICA, et al.,           )<br>                              )<br>    Defendants.           ) | CIVIL ACTION NO.<br>04-12393-JGD |

## SCHEDULING ORDER

September 15, 2005

DEIN, U.S.M.J.

A status conference in accordance with Fed. R. Civ. P. 16(a) was held on September 14, 2005. Based on that conference, it is hereby ORDERED as follows:

1. By **October 7, 2005** R. P. Ianniccillo & Sons Construction Co. shall inform all parties, in writing, of its intention to pursue its cross-claim against Safeco alleging bad faith in connection with the payment bond.

2. If the litigation is continuing, motions for summary judgment shall be filed by **November 1, 2005**.

/s/ Judith Gail Dein
_____
Judith Gail Dein
United States Magistrate Judge