UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRICORE, INC. | CIVIL ACTION NO. 04-12393 (JGD) |
| VS. | |
| SAFECO INSURANCE COMPANY OF AMERICA and R.P. IANNUCCILLO & SONS CONSTRUCTION CO. | November 1, 2005 |

### SAFECO INSURANCE COMPANY OF AMERICA'S ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE SUMMARY JUDGMENT

The Defendant and Counterclaim Defendant, Safeco Insurance Company of America (the "Surety"), with good cause and consent of the Defendant and Counterclaim Plaintiff, R.P. Iannuccillo & Sons Construction, Co. ("RPI"), respectfully moves for an enlargement of six (6) days, up to and including November 7, 2005, to file its Motion for Summary Judgment. The Motion for Summary Judgment is currently due on November 1, 2005.

Good cause exists for the granting of the Surety's Motion. Specifically, the Surety has been required to confer with Plaintiff, Tricore, Inc. ("Tricore"), regarding an affidavit that Tricore intends to file in support of the Surety's Motion for Summary Judgment. Because Tricore and Surety, and their respective counsel, are in different jurisdictions, Surety is in need of the additional time to obtain the Tricore Affidavit and incorporate it into the Motion, Memorandum of Law in Support of Motion for Summary Judgment, and Local Rule 56.1 Statement of Undisputed Facts.

RPI consents to the relief sought in this Motion.

HARTFORD 128514v1

WHEREFORE, Safeco respectfully requests that the Court:

(a) Allow Safeco an additional six (6) days, up to and including November 7, 2005 to file its Motion for Summary Judgment;

(b) Grant such further relief as the Court may deem just and appropriate.

CROSSCLAIM DEFENDANT,
SAFECO INSURANCE COMPANY
OF AMERICA

BY _____
Dennis C. Cavanaugh (BBO# 639556)
Patrick M. Birney (Admitted in CT only)
Brown Raysman Millstein Felder &
Steiner LLP
185 Asylum Street
Hartford, CT 06103
(Phone) 860-275-6457
(Facsimile) 860-275-6400
Its Attorneys

HARTFORD 128514v1

## CERTIFICATION

This is to certify that on November 1, 2005, a copy of the foregoing was mailed, postage pre-paid or delivered electronically or by facsimile to the following:

Edward Kutchin, Esq.
Kerry R. Northup, Esq.
Kutchin & Rufo, PC
155 Federal Street, 17th Floor
Boston, MA 02110-1727
**Tricore, Inc.**

David M. Campbell
Visconti & Boren, LTD
55 Dorrance Street
Providence, RI 02903
**R. P. Iannuccillo & Sons Construction Co.**

Bradford R. Carver, Esq.
Jonathan C. Burwood, Esq.
Hinshaw & Culbertson, LLP
One International Place, 3rd Floor
Boston, MA 02110
**Safeco Insurance Company of America**

_____
Dennis C. Cavanaugh

HARTFORD 128514v1