UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRICORE, INC. | CIVIL ACTION NO. 04-12393 (JGD) |
| VS. | |
| SAFECO INSURANCE COMPANY OF AMERICA and R.P. IANNUCCILLO & SONS CONSTRUCTION CO. | November 4, 2005 |

**PROPOSED ORDER**

**THIS MATTER** having come before the court on the Safeco Insurance Company of America's Motion for Summary Judgment, and having reviewed the papers submitted by the parties, and for good cause shown, it is on this ____ day of _____, 2005, hereby ordered that:

(a)   Safeco Insurance Company of America's Motion for Summary Judgment is granted in its entirety; and

(b)   Judgment shall be entered in Safeco's favor on the Crossclaim filed by R. P. Iannuccillo & Sons Construction Company.

_____
United States District Judge

HARTFORD 128511v2