UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12393(JGD)

TRICORE, INC.                                 :
                                              :
VS.                                           :
                                              :
SAFECO INSURANCE COMPANY OF                   :
AMERICA and R.P. IANNUCCILLO                  :
& SONS CONSTRUCTION CO.                       :

### DEFENDANT, R.P. IANNUCCILLO & SONS CONSTRUCTION CO.'S ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE ITS OPPOSITION TO SAFECO'S MOTION FOR SUMMARY JUDGMENT

The Defendant and Counterclaim Plaintiff, R.P. Iannuccillo & Sons Construction Co. ("RPI"), with consent of the Defendant and Counterclaim Defendant, Safeco Insurance Company of America ("Safeco"), respectfully moves for an enlargement of time up to and including December 14, 2005, to file its opposition to Safeco's Motion for Summary Judgment.

Given the novel issues raised by the Motion, RPI submits that additional time is required to research and prepare a Memorandum in Opposition to the Motion together with an affidavit.

WHEREFORE, RPI respectfully requests that the Court:

a.   Allow RPI up to and including December 14, 2005 to file its Opposition.

b.   Grant such further relief as the Court may deem just and appropriate.

                                  Defendant/Counterclaim Plaintiff
                                  *R.P. Iannuccillo & Sons Construction Co.*
                                  By its Attorneys:

                                  _____
                                  David M. Campbell, Esq. (BBO #645512)
                                  *Visconti & Boren, Ltd.*
                                  55 Dorrance Street
                                  Providence, RI 02903
                                  *Telephone:* 401/331-3800
                                  *Facsimile:* 401/421-9302

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the foregoing has been furnished by U.S. Mail, postage prepaid, this 30th day of November, 2005, to:

Edward D. Kutchin, Esquire
Kerry R. Northup, Esquire
Kutchin & Rufo, P.C.
155 Federal Street
Boston, MA 02110

Bradford R. Carver, Esquire
Jonathan C. Burwood, Esquire
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110

Dennis C. Cavanaugh, Esquire
Brown, Raysman, Millstein, Felder & Steiner
Cityplace II, 10th Floor
185 Asylum Street
Hartford, CT 06103