UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TRICORE, INC. | : | CIVIL ACTION NO. |
| | : | 04-12393 (JGD) |
| VS. | : | |
| SAFECO INSURANCE COMPANY OF AMERICA and R.P. IANNUCCILLO & SONS CONSTRUCTION CO. | : | December 27, 2005 |

**DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA'S FIRST MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, the cross-claim defendant, Safeco Insurance Company of America (the "Surety") moves for an extension of time of, up to and including January 13, 2006, to file the Surety's Motion for Leave to File Reply to the Opposition to the Defendant's Motion for Partial Summary Judgment ("Reply Brief") and the Surety's Reply Brief. The defendant, R.P. Iannnaccillo & Sons, Inc. ("RPI"), has not provided its position with regard to the relief sought in the Motion.

The Surety filed its Motion for Summary Judgment (the "Motion") on November 7, 2005. Subsequent thereto, the Surety assented to RPI's request for an extension of time of up to December 14, 2005. On December 15, 2005, one day beyond the time extension ordered by this Court, RPI filed its Opposition to the Motion. The Surety's Reply Brief would be due on December 30, 2005 if leave were granted. The Court has

scheduled a Status Conference in this matter for January 5, 2006, and Oral Argument on the Motion on January 24, 2006. As there is a possibility this matter will resolve at the Status Conference, the Surety respectfully requests the opportunity to file its Reply Brief with leave of the Court on a date after the Status Conference but before Oral Argument.

The Surety has sought the position of RPI regarding the relief southt in this Motion and the Surety has not ascertained the position of the RPI.

WHEREFORE, the Surety respectfully requests up to and including January 13, 2006, to file its Reply Brief with leave of the Court.

CROSSCLAIM DEFENDANT,
SAFECO INSURANCE COMPANY
OF AMERICA

By_____
Dennis C. Cavanaugh (BBO # 639556)
Patrick M. Birney (Admitted in CT only)
Brown Raysman Millstein Felder
& Steiner LLP
185 Asylum Street
Hartford, CT 06103
860-275-6457
Its Attorneys

## CERTIFICATION

This is to certify that on December 27, 2006, a copy of the foregoing was mailed, postage pre-paid or delivered electronically or by facsimile to the following:

Edward Kutchin
Kerry R. Northup
Kutchin & Rufo, PC
155 Federal Street, 17th Floor
Boston, MA 02110-1727
**Tricore, Inc.**

Bradford R. Carver, Esq.
Jonathan C. Burwood, Esq.
Hinshaw & Culbertson, LLP
One International Place, 3rd Floor
Boston, MA 02110
**Safeco Insurance Company of America**

David M. Campbell
Visconti & Boren, LTD
55 Dorrance Street
Providence, RI 02903
**R. P. Iannuccillo & Sons Construction Co**

Dennis C. Cavanaugh

3

HARTFORD 130349v1