UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRICORE, INC. | CIVIL ACTION NO. 04-12393 (JGD) |
| VS. | |
| SAFECO INSURANCE COMPANY OF AMERICA and R.P. IANNUCCILLO & SONS CONSTRUCTION CO. | January 13, 2006 |

**SUPPLEMENTAL STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF SAFECO INSURANCE COMPANY OF AMERICA'S <u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Local Rule 56.1, defendant and crossclaim defendant Safeco Insurance Company of America (the "Surety") submits its Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment.

1. The Surety has carefully reviewed the letter (the "RPI Letter"), which accompanied the Opposition Memorandum to the Surety's Motion for Partial Summary Judgment submitted by R.P. Iannuccillo & Sons Construction, Co. ("RPI"). <u>See</u> Supplemental Affidavit of Ira E. Sussman in Support of the Surety's Motion for Partial Summary Judgment ("Supplemental Aff."), ¶¶ 4,7.

2. The RPI Letter was dated September 12, 2003 and was purportedly sent to the Surety in reply to the Surety's request for a response from RPI, which response was to address Tricore Inc.'s bases for termination of the subcontract between Tricore, Inc. and RPI (the "Subcontract"). <u>See id.</u>, ¶ 5.

3. Based on the Surety's recent review of the Letter, the Surety would have nevertheless denied RPI's claim under the Tricore payment bond because the RPI Letter

1

HARTFORD 130922v1

provides additional evidence that a bona fide, good faith dispute existed between Tricore and RPI regarding the Subcontract. See id., ¶ 7.

                                              CROSSCLAIM DEFENDANT,
                                              SAFECO INSURANCE COMPANY
                                              OF AMERICA

BY _____
       Dennis C. Cavanaugh
       Patrick M. Birney (Admitted in CT only)
       Brown Raysman Millstein Felder &
         Steiner LLP
       185 Asylum Street
       Hartford, CT 06103
       (Phone) 860-275-6457
       (Facsimile) 860-275-6400
       Its Attorneys

HARTFORD 130922v1

## **CERTIFICATION**

This is to certify that on January 13, 2006, a copy of the foregoing was mailed, postage pre-paid or delivered electronically or by facsimile to the following:

Edward Kutchin
Kerry R. Northup
Kutchin & Rufo, PC
155 Federal Street, 17th Floor
Boston, MA 02110-1727
**Tricore, Inc.**

David M. Campbell
Visconti & Boren, LTD
55 Dorrance Street
Providence, RI 02903
**R. P. Iannuccillo & Sons Construction Co.**

Bradford R. Carver, Esq.
Jonathan C. Burwood, Esq.
Hinshaw & Culbertson, LLP
One International Place, 3rd Floor
Boston, MA 02110
**Safeco Insurance Company of America**

Dennis C. Cavanaugh

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TRICORE, INC. | : | CIVIL ACTION NO. |
| | : | 04-12393 (JGD) |
| | : | |
| VS. | : | |
| | : | |
| SAFECO INSURANCE COMPANY OF | : | |
| AMERICA and R.P. IANNUCCILLO & | : | |
| SONS CONSTRUCTION CO. | : | January 12, 2006 |

**SUPPLEMENTAL AFFIDAVIT IN OF IRA E. SUSSMAN IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT**

1. I am over the age of eighteen (18) and believe in the obligation of an oath.

2. I am a Surety Claims Representative of Safeco Insurance Company (the "Surety"), a party in the above-captioned matter.

3. I make this Affidavit in support of the Safeco Insurance Company of America's Reply to the Opposition to Motion for Summary Judgment filed by R.P. Iannuccillo & Sons Construction, Co. ("RPI") and based on my own personal knowledge.

4. On January 3, 2006, I received a copy of a letter, which my attorney received as part of RPI's Opposition Memorandum to the Surety's Motion for Partial Summary Judgment (the "RPI Letter").

5. The RPI Letter was dated September 12, 2003 and was purportedly sent to me in reply to my request for a response from RPI, which response was to address Tricore Inc.'s bases for termination of the subcontract between Tricore, Inc. and RPI (the "Subcontract").

6. I have personally undertaken a thorough review of my files to see if I could

locate the RPI Letter. Based on this thorough review, I was unable to locate the RPI Letter.

7. Nevertheless, I have carefully reviewed the RPI Letter since receiving it on January 3, 2006. Based on this review, I believe I would have nevertheless denied RPI's claim because the RPI Letter provides additional evidence that a bona fide, good faith dispute existed between Tricore and RPI regarding the Subcontract.

_____
Ira E. Sussman

STATE OF _Illinois_ )
                    ) SS.:
COUNTY OF _Cook_    )

On this _12th_ day of _January_, 20_05_ before me personally appeared _Ira Sussman_ to me known and known to me to be the individual described in, and who executed the foregoing instrument, and that he/she has acknowledged to me that he/she has executed the same.

[SEAL]

_____
Adele Gattuso
Notary Public
My commission expires: 7/6/2006

"OFFICIAL SEAL"
NOTA...      ...LINOIS
MY COMMISSION EXPIRES 7/6/2006

2

HARTFORD 130843v1