UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRICORE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, and R.P. IANNUCCILLO & SONS CONSTRUCTION CO., <br><br> Defendants. | CIVIL ACTION NO. 04-12393-JGD |

**ASSENTED-TO MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Plaintiff Tricore, Inc. ("Tricore") hereby moves this Court for a one (1) week extension to the deadline within which Tricore must file any opposition to Safeco Insurance Company of America's Motion to Enforce Settlement Agreement (the "Motion").  Tricore is currently required to file an opposition to the Motion, which was served on Tricore on January 4, 2006, on or before Wednesday, January 18, 2006.

As grounds for this Motion, Tricore states as follows:

1.     The parties are involved in ongoing negotiations with respect to settling all claims affected by the Motion.

2.      A one (1) week extension will not prejudice any party to this action in any manner whatsoever.

3.     Allowance of this motion is in the interests of judicial administration.  Granting this motion will allow the parties to focus on settling outstanding issues and, if those efforts fail,

will provide the parties with a reasonable amount of time to file any opposition to the Motion. The parties should be encouraged to pursue efforts to resolve the outstanding issues.

4.Safeco Insurance Company of America, in its capacity as RPI's performance bond surety (referred to in the Memorandum of Law in support of the Motion as "Safeco(RPI)"), which filed the Motion to which this motion relates, assents to the filing of this motion.

5.This motion is not submitted for the purpose of delay.

WHEREFORE, for the reasons outlined above, Tricore respectfully requests that this Court grant a one (1) week extension to the deadline for Tricore to file any opposition to the Motion. Accordingly, Tricore shall file any opposition to the Motion on or before Thursday, January 26, 2006.

The Plaintiff,
Tricore, Inc.


/s/ Edward D. Kutchin
Edward D. Kutchin, Esq.
BBO No. 281920
Kerry R. Northup, Esq.
BBO No. 633016
Kutchin & Rufo, P.C.
155 Federal Street
Boston, MA  02110-1727
(617) 542-3000


**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that the undersigned counsel conferred in good faith on January 17, 2006, with Safeco(RPI)'s counsel in this action, in an attempt to resolve or narrow the issues addressed by this Motion.

/s/  Edward D. Kutchin
Edward D. Kutchin, Esq.

## CERTIFICATE OF SERVICE

    I hereby certify that I have served the within document, by mailing a copy thereof, postage prepaid, to:

| | |
|---|---|
| Dennis R. Cavanaugh, Esq.<br>Brown, Raysman, Millsterin, Felder<br>    & Steiner<br>Cityplace II, 10th Floor<br>185 Asylum Street<br>Hartford, CT 06103 | Bradford R. Carver, Esq.<br>Jonathan Burwood, Esq.<br>Hinshaw & Culbertsoon LLP<br>One International Place, 3rd Floor<br>Boston, MA 02110 |
| David M. Campbell, Esq.<br>Visconti & Boren, Ltd.<br>55 Dorrance Street<br>Providence, RI  02903 | |
| Dated:  January 17, 2006 | /s/ Edward D. Kutchin<br>Edward D. Kutchin |

F:\Files\4229\Pleadings\Motion_Extend Deadline to File Opposition.doc