UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12393MLW

| | |
|---|---|
| TRICORE, INC.<br>   Plaintiff<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF<br>AMERICA and R.P. IANNUCCILLO &<br>SONS CONSTRUCTION CO.<br>   Defendants | )<br>)<br>)<br>)<br>)   NOTICE OF APPEARANCE<br>)<br>)<br>)<br>)<br>)<br>) |

David E. Wilson, and Corwin and Corwin LLP hereby appear, along with David M. Campbell and Visconti & Boren Ltd., as co-counsel for the defendants, R.P. Iannuccillo & Sons Construction Company and Safeco Insurance Company of America.

/s/ David E. Wilson
DAVID E. WILSON
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108
(617)742-3420
B.B.O. # 541968

Dated: February 22, 2006

CERTIFICATE OF SERVICE: A copy of the above NOTICE OF APPEARANCE was mailed, postage prepaid, to, Mr. David M. Campbell, Esquire, Visconti & Boren Ltd., 55 Dorrance Street Providence, R.I. 02903-2219, Edward D. Kutchin, Esquire, Kerry R. Northup, Esquire, 155 Federal Street, Boston, Ma 02210, Bradford R. Carver, Esquire, Jonathan C. Burwood, Esquire, Cetrulo & Capone LLP, Two Seaport Lane, 10th Floor, Boston, MA 02110, Dennis C. Cavanaugh, Esquire, Brown, Raysman, Millstein, Felder & Steiner, Cityplace II, 10th Floor, 185 Asylum Street, Hartford, CT 06103 on February 22, 2006.

DAVID E. WILSON