UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRICORE, INC., <br>     Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, and R.P. IANNUCCILLO & SONS CONSTRUCTION CO., <br>     Defendants. | CIVIL ACTION NO. 04-12393-JGD |

**JOINT MOTION OF TRICORE, INC., SAFECO INSURANCE COMPANY OF AMERICA, AND R.P. IANNUCCILLO & SONS CONSTRUCTION CO. TO STAY LITIGATION PENDING MEDIATION**

Now comes Plaintiff Tricore, Inc. ("Tricore"), Defendants Safeco Insurance Company of America ("Safeco"), and Defendant R.P. Iannuccillo & Sons Construction Co. ("RPI") (collectively, "the Parties"), and hereby move the Court, consistent with Local Rule 16.4, to stay this litigation for forty-five (45) days to allow the Parties the opportunity to participate in mediation. In support of this motion, the Parties state as follows:

1. This litigation involves numerous claims, counterclaims, and cross-claims arising from disputes among the Parties in connection with a construction project known as "Sherrill House – Frank Wood Expansion."

2. As relevant herein, the following motions are presently pending before the Court: (1) Safeco(Tricore)'s Motion for Summary Judgment in connection with RPI's cross-claim; (2) Safeco (RPI)'s Motion to Enforce Settlement Agreement against Tricore; and (3) RPI's Motion to Amend Cross-Claim against Safeco.

3. The Parties have agreed to participate in private mediation towards the end of resolving all outstanding disputes. The mediation is tentatively scheduled for March 24, 2006.

4.  As the Parties' collective resources are best dedicated towards resolving this matter through mediation, and the Court's disposition of any of the pending motions may significantly alter the settlement landscape, the Parties respectfully request that the Court stay the litigation for forty-five (45) days, through and including April 14, 2006.

5.  The requested stay will allow the Parties the opportunity to fully explore settlement through mediation. To the extent the Parties are not successful in settling all claims on or before April 14, 2006, the Parties request that the Court thereafter rule on any pending motions, and further reschedule the evidentiary hearing presently set for March 2, 2006 in connection with Safeco's Motion to Enforce Settlement Agreement.

For the reasons set forth herein, the Parties respectfully request that the Court stay this litigation through April 14, 2006.

Respectfully submitted:

SAFECO INSURANCE COMPANY OF AMERICA
By its attorneys,

/s/ Jonathan C. Burwood
_____
Bradford R. Carver , BBO#565396
Jonathan C. Burwood, BBO# 643674
Sarah A. Billeri, BBO#661256
HINSHAW & CULBERTSON LLP
One International Place, 3rd Floor
Boston, MA  02110
(617) 213-7000

R.P. IANNUCCILLO & SONS CONSTRUCTION CO.
By its attorneys,

/s/ David M. Campbell
_____
David M. Campbell, Esq., BBO# 645512
VISCONTI & BOREN, LTD.
55 Dorance Street
Providence, RI 02903
(401) 331-3800

TRICORE, INC.
By its attorneys,

/s/ Edward D. Kutchin
_____
Edward D. Kutchin, Esq., BBO# 281920
Kerry R. Northup, Esq., BBO# 633016
KUTCHIN & RUFO, P.C.
155 Federal Street
Boston, MA 02110
(617) 542-3000

CROSSCLAIM DEFENDANT
SAFECO INSURANCE COMPANY OF AMERICA
By its attorneys,

/s/ Dennis C. Cavanaugh, BBO# 639556
_____
Dennis C. Cavanaugh, Esq., BBO# 639556
Patrick M. Birney, Esq. (Admitted in CT only)
BROWN RAYSMAN MILLSTEIN FELDER
    & STEINER LLP
185 Asylum Street
Hartford, CT 06103
(860) 275-6457

Dated: February 28th, 2006

3

34018197v1 856500