UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TRICORE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 04-12393-JGD |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## SETTLEMENT ORDER OF DISMISSAL

DEIN, U.S.M.J.

The Court having been advised on June 19, 2006 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within fifteen (15) days if settlement is not consummated.

By the Court,


SARAH THORNTON
CLERK OF COURT


  / s / Jolyne D'Ambrosio
By: Deputy Clerk

DATED: June 19, 2006