UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRICORE, INC.,<br>　　　　Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and R.P. IANNUCCILLO & SONS CONSTRUCTION CO.,<br>　　　　Defendants. | CIVIL ACTION NO. 04-12393-JGD |

STIPULATION OF DISMISSAL

　　　　It is hereby stipulated and agreed by and between the undersigned parties that, pursuant to Fed. R. Civ. P., Rule 41(a)(1)(ii), all parties hereby dismiss all of their respective claims, counterclaims and cross-claims against all other parties in the above-entitled action, with prejudice, without costs, and with all rights of appeal waived.

**RESPECTFULLY SUBMITTED,**

| TRICORE CORPORATION | SAFECO INSURANCE COMPANY OF AMERICA |
|---|---|
| By its Attorneys, | By its Attorneys, |
| /s/ Edward D. Kutchin<br>Edward D. Kutchin, Esq.<br>BBO No. 281920<br>Kerry R. Northup, Esq.<br>BBO No. 633016<br>Kutchin & Rufo, P.C.<br>155 Federal Street, 17th Fl.<br>Boston, MA 02110-1727<br>(617) 542-3000 | /s/ Jonathan C. Burwood<br>Bradford R. Carver, Esq.<br>BBO No. 565396<br>Jonathan C. Burwood, Esq.<br>BBO No. 643674<br>Hinshaw & Culbertson LLP<br>One International Place, 3rd Floor<br>Boston, MA 02110<br>(617) 213-7000 |

2

| | |
|---|---|
| R.P. IANNUCCILLO & SONS CONSTRUCTION CO. | CROSSCLAIM DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA, |
| By its Attorneys, | By its Attorneys, |
| /s/ David M. Campbell<br>David M. Campbell, Esq.<br>BBO No. 645512<br>Visconti & Boren, Ltd.<br>55 Dorrance Street<br>Providence, RI  02903<br>(401) 331-3800 | /s/ Dennis C. Cavanagh<br>Dennis C. Cavanaugh, Esq.<br>BBO No. 639556<br>Brown Raysman Millstein Felder & Steiner LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>(860) 275-6457 |

Dated:  July 5, 2006